

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rebekah Thonginh Ross, Appellant

No. 06-15-00179-CR     v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 29,269). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Rebekah Thonginh Ross, pay all costs of this appeal.

RENDERED NOVEMBER 30, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk